IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EL PASO MERCHANT ENERGY-PETROLEUM CO.,<br><br>And<br><br>COASTAL ARUBA REFINING COMPANY, N.V.,<br><br>And<br><br>COASTAL EAGLE POINT OIL COMPANY,<br><br>And<br><br>PACIFIC REFINING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1460C<br>(Judge Block) |

JOINT MOTION FOR LEAVE TO SUBMIT JOINT STATUS REPORT OUT OF TIME

Pursuant to Rule 6 of the Court's Rules, defendant, the United States, and plaintiffs, El Paso Merchant Energy-Petroleum Co., et al., respectfully request leave to file the accompanying joint status report, bearing the electronic signatures of counsel for both parties, three days out of time. Plaintiffs attempted to file the joint status report, and the Government attempted to file its signature page separately, on the due date, September 12, 2005, but the Court has stricken both documents because defendant did not attach its signature page to the original report. No changes have been made to the text of the report.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs
El Paso Merchant-Energy Co.,
Coastal Aruba Refining Company,
Coastal Eagle Point Oil Company,
And Pacific Refining Company

Dated: September 15, 2005

PETER D. KEISLER
Assistant Attorney General

s/DAVID M. COHEN
Director

s/Steven J. Gillingham
by Kyle Chadwick
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

Attorneys for Defendant

OF COUNSEL

BERNARD A. DUVAL
Counsel
HOWARD. M. KAUFER
DONALD S. TRACY
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Fort Belvoir, VA 22060

Dated: September 15, 2005

CERTIFICATE OF FILING

I certify that on September 15, 2005, the attached document was filed by means of the Court's electronic filing system. I understand that service upon all parties will be made electronically by the Court's system.

s/Kyle Chadwick