# United States Court of Federal Claims

September 26, 2005

No. 02-1094 C

EL PASO MERCHANT ENERGY-
PETROLEUM COMPANY, *et al.*,

Plaintiffs,

versus

UNITED STATES OF AMERICA,

Defendant.

**SCHEDULING ORDER**

The parties filed a joint status report on September 15, 2005. A telephone status conference was held on September 26, 2005, to discuss the issues raised in the joint status report. The status conference addressed the parties' joint motion to lift the stay, and plaintiff's motion to amend the complaint and resume discovery. Defendant indicated that it is not opposed to plaintiff's motion to amend the complaint, but opposed plaintiff's motion to resume discovery. Defendant instead indicated its intent to file a motion for summary judgment on issues of law raised at the status conference.

For reasons stated in the status conference, the parties' joint motion to lift the stay in this case is GRANTED. Plaintiff's unopposed motion to amend the complaint is GRANTED, and plaintiff is ORDERED to file its amended complaint no later than October 3, 2005. Plaintiff's motion to resume discovery at this time is DENIED. Accordingly, it is ORDERED that defendant's Motion for Summary Judgment may be filed no later than November 14, 2005, plaintiff's Response may be filed no later than December 14, 2005, and defendant's Reply may be filed no later than January 13, 2006.

s/ Lawrence J. Block

Lawrence J. Block
Judge