IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EL PASO MERCHANT ENERGY-PETROLEUM COMPANY,<br><br>COASTAL ARUBA REFINING COMPANY, N.V.,<br><br>COASTAL EAGLE POINT OIL COMPANY, and<br><br>PACIFIC REFINING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1094C<br>(Judge Block) |

**PLAINTIFFS' MOTION TO WITHDRAW DOCUMENT NO. 46**
**AND AMEND DOCKET TEXT ON DOCUMENT NO. 48**

Plaintiffs, El Paso Merchant Energy – Petroleum Company, Coastal Aruba Refining Company, N.V., Coastal Eagle Point Oil Company, and Pacific Refining Company (collectively "Coastal") hereby move to withdraw Document No. 46, which was mistakenly filed, from the Docket in this proceeding. Further, as suggested by the Court's Clerk, Plaintiffs hereby move to amend the Docket Text on Document No. 48 to read "DECLARATION *PLAINTIFFS' STATEMENT OF GENUINE ISSUES* by EL PASO MERCHANT ENERGY PETROLEUM COMPANY. (Burt, J.)"

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs
El Paso Merchant Energy – Petroleum Company,
Coastal Aruba Refining Company, N.V.,
Coastal Eagle Point Oil Company, and
Pacific Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

December 15, 2005