IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EL PASO MERCHANT ENERGY-<br>PETROLEUM COMPANY,<br><br>COASTAL ARUBA REFINING<br>COMPANY, N.V.,<br><br>COASTAL EAGLE POINT OIL<br>COMPANY, and<br><br>PACIFIC REFINING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1094C<br>(Judge Block) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiffs, El Paso Merchant Energy – Petroleum Company, Coastal Aruba Refining Company, N.V., Coastal Eagle Point Oil Company, and Pacific Refining Company (collectively "Coastal") hereby request leave to file the appendix to their Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically. Plaintiffs' Opposition was filed on December 14, 2005, but, due to the size of the appendix and related technical issues, the Plaintiffs have been unable to electronically file the appendix. Accordingly, Plaintiffs request leave to file their appendix by hard copy in lieu of an electronic filing. Plaintiffs will continue to work with the Court's technical staff to electronically file the appendix if possible.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs
El Paso Merchant Energy – Petroleum Company,
Coastal Aruba Refining Company, N.V.,
Coastal Eagle Point Oil Company, and
Pacific Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

December 15, 2005