# United States Court of Federal Claims

No. 02-1094 C
December 21, 2005

EL PASO MERCHANT ENERGY-
PETROLEUM COMPANY, *et al.*,

Plaintiffs,

versus

UNITED STATES OF AMERICA,

Defendant.

**SCHEDULING ORDER**

On December 14, 2005, plaintiff filed a Motion for Leave to Exceed the Page Limitation in its Response brief and concurrently filed its Response brief. On December 15, 2005, plaintiff filed a Motion for Leave to File Appendix by Hard Copy and concurrently filed its Appendix in hard copy. A telephone status conference was held on December 21, 2005, to discuss plaintiff's Motion for Leave to Exceed the Page Limitation in its Response to defendant's Motion to Dismiss.

Accordingly, plaintiff's Response brief filed on December 14, 2005, is **ORDERED** stricken from the record for failure to comply with Rule 5.2(b)(1). Plaintiff's Motion for Leave to Exceed the Page Limitation filed on December 14, 2005, is **GRANTED**. Plaintiff may file its Response no latter than **January 11, 2006**, and the Response shall not exceed **80** pages. Defendant's Reply may be filed no later than **February 8, 2006**, and the Reply shall not exceed **40** pages.

Plaintiff's motion for Leave to File Appendix by Hard Copy is **GRANTED** and Plaintiff's Appendix is deemed properly filed.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*

Lawrence J. Block
Judge