# In the United States Court of Federal Claims

**02-1094C**

**Filed: January 11, 2006**

**EL PASO MERCHANT ENERGY - PETROLEUM COMPANY,
COASTAL ARUBA REFINING COMPANY, N.V.,
COASTAL EAGLE POINT OIL COMPANY, AND
PACIFIC REFINING COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

APPENDIX TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
(two volumes)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.