IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EL PASO MERCHANT ENERGY-PETROLEUM CO., | ) | |
| And | ) | |
| COASTAL ARUBA REFINING COMPANY, N.V., | ) | |
| And | ) | No. 02-1094C (Judge Block) |
| COASTAL EAGLE POINT OIL COMPANY, | ) | |
| And | ) | |
| PACIFIC REFINING COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs, El Paso Merchant Energy – Petroleum Company, Coastal Aruba Refining Company, N.V., Coastal Eagle Point Oil Company and Pacific Refining Company (collectively "Coastal"), respectfully submits their Opposition to Defendant's Motion for an Enlargement of Time. Defendant seeks an enlargement of twenty-one days to file its reply to an opposition that it has had since in was first filed on December 15, 2005. Defendant thus seeks a total of over seventy-five days within which to prepare its reply. Coastal submits that Defendant's request is not reasonable, particularly given the fact that Defendant itself, with full knowledge both of the content of Coastal's opposition and the demands on its own schedule, proposed the current due date for its reply during the December 21, 2005 status conference in this case. The need "to

secure the just, speedy, and inexpensive determination of every action"[1] compels the imposition of reasonable limitations on Defendant's requests for enlargements of time. Accordingly, Coastal respectfully requests that Defendant's motion be denied.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiffs,
El Paso Merchant Energy – Petroleum Co., Coastal Aruba Refining Company, N.V., Coastal Eagle Point Oil Company, and Pacific Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

February 7, 2006

[1] RCFC 1.