IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EL PASO MERCHANT ENERGY PETROLEUM COMPANY et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-1094C |
| | ) | (Judge Block) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of five days (three business days), from February 22, 2006, to and February 27, 2006, within which to file our reply to plaintiff's opposition to our motion for summary judgment. This is our second enlargement for this purpose. Plaintiff does not oppose this request, if we file a similar filing in Hermes on February 22, which we expect to do. This request does not affect our response to plaintiffs' RCFC 56(f) motion, which presents an essential element of its objection to our motion. We will file that response today.

As explained in our last motion, this is the first opportunity we have had to respond to the details of plaintiff's case, now presented in a lengthy brief and appendix. We were last granted a two-week enlargement, based upon an unforseen crowding of defendant's counsel's schedule occasioned by a host of filings before this Court. Since the filing of that motion, defendant's counsel obtained enlargement in two other jet fuel cases, so that they were due in the period we are working on this brief. Three new deadlines also were added to his schedule. These include receiving an order on February 9, that the Government respond to plaintiff's RCFC 56(f) motion in Calcasieu v. United States, No. 02-1219C, by February 13 (the issue raised in the motion is among, if not the, central issue raised in that and this case). Because defendant's counsel

contracted bronchitis Friday evening, missing four days of work, and being bed-ridden during that time, that deadline was extended to February 17, without opposition. Other deadlines instituted included: conferences in Navajo v. United States and LaGloria v. United States (held February 10); a brief in Valero v. United States, No. 03-1916C (February 10, due to enlargement); and a briefing concerning an issue of law in Christofferson v. United States (moved from February 14, then to February 17), necessitated by a late-developing disagreement between the agency and the plaintiffs; the matter was finally negotiated after briefings were completed, but not filed). We also added to our schedule the filing of several very lengthy enlargement motions in other jet fuel cases, which consumed hours, because they were opposed, including one that sought but one additional week.

As a result of these matters, defendant's counsel's current schedule within the period of the first enlargement, including those impending, to which counsel must devote at least some effort included these deadlines:

February 9 - Telephone Court Conference in jet-fuel cases, LaGloria and Navajo v. United States.

February 9 - Motion for Summary Judgment due in Valero v. United States.

February 15 - Reply Brief in Flint Hills v. United States, No. 02-462C (enlargement motion filed and pending).

February 17 - Response to RCFC 56(f) motion. Calcasieu v. United States, No. 02-1219C (Fed. Cl.) (Once enlarged by 4 days).

February 17 - Memorandum concerning parties' position regarding question of law affecting questionnaires to be distributed to 8,000 plaintiffs in FLSA overtime lawsuit. Christofferson v. United States, No. 01-495C (Fed. Cl.).

February 21 - Status report concerning results of settlement negotiations in Rocky Mountain v. United States No. 04-1434 (Fed. Cl.).

February 22 - Reply brief; Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. Hermes v. United States, No. 02-1460C (Fed. Cl.) (Once enlarged by 14 days).

February 22 - Reply brief; Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. El Paso v. United States, No. 02-1094C (Fed. Cl.) (Once enlarged by 14 days).

February 23 - Reply brief; Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. Calcasieu v. United States, No. 02-1219C (Fed. Cl.).

February 24 - Reply brief; Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. Sunoco v. United States, No. 02-466C (Fed. Cl.) (Once enlarged by 14 days).

February 24 - Motion for Summary Judgment. Proposed Findings of Fact. Berry v. United States, No. 02-1462C (Fed. Cl.).

February 24 - Motion for Summary Judgment. Proposed Findings of Fact. Gary Williams v. United States, No. 03-2106C (Fed. Cl.).

March 3 - Motion for Summary Judgment. Proposed Findings of Fact. Tesoro v. United States, No. 02-704C (Fed. Cl.).

March 10 - Reply brief; Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. Conoco Phillips v. United States, No. 02-1367C (Fed. Cl.).

March 10- Reply brief due in Clark v. United States.

March 14 - Mediation Statement Due in DOJ issue statement due in VT Halter v. United States, No. 05-369C.

March 21 - Mediation response statement due in VT Halter.

March 28-30 Mediation in Warren, Michigan in VT Halter.

March 30 - Estimated due date for reply brief, Response to Plaintiffs' RCFC 56(f) motion, Response to Plaintiffs' Proposed Findings of Uncontroverted Fact. Valero v. United States, No. 02-1367C (Fed. Cl.).

March 31 - Motion for Summary Judgment. Proposed Findings of Fact. LaGloria v. United States, No. 02-465C (Fed. Cl.).

April 2-4 - Settlement Conference in Phylway v. United States, No. 05-215C (Fed. Cir.)

Nonetheless, defendant's counsel made every effort to complete all of the work required in this case by February 22 (including responding to plaintiff's proposed findings of fact, its 72 page brief, and its RCFC 56(f) motion) or at least have a very precise understanding concerning how much additional time might be required. To that end, defendant's counsel worked approximately 20 hours during the recent three-day holiday and prioritized this case over every other one not involving a filing. At the end of that period, defendant's counsel completed our response to plaintiff's RCFC 56(f) motion and proposed findings in this case and in Hermes, a draft brief in Hermes (similar to this case), and a partially-completed brief in this case.

Defendant requests three additional business days to complete our brief, in order to permit orderly supervisory review, review by the affected agency, and finalizing our documents for filing. During that same time, defendant's counsel also attend to matters occasioned by the other deadlines outlined above.

For these reasons, defendant respectfully requests an enlargement of time of five days, from February 22, 2006, to and February 27, 2006, within which to file our reply to plaintiff's opposition to our motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

Attorneys for Defendant

February 21, 2006

CERTIFICATE OF FILING

I hereby certify that on February 22, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham